**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **HAYZE E. HALSTIED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIV-06-995-R |
| | ) | |
| **JUSTIN JONES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge entered December 9, 2006 [Doc. No. 10] and Plaintiff's motion to stay these proceedings filed December 4, 2006 [Doc. No. 14]. No objection to the Report and Recommendation has been filed nor has Plaintiff sought or been granted a further extension of time in which to object to the Report and Recommendation. Therefore, the Report and Recommendation is ADOPTED in its entirety and this case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b). Plaintiff's motion to stay [Doc. No. 14] is DENIED because there is ample time remaining on the two-year statute of limitations applicable to Plaintiff's § 1983 claim(s) for Plaintiff to refile those claims after pursuing his remedies under Okla. Stat. tit. 57, §§ 564 & 564.1.

It is so ordered this 15th day of December, 2006.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

**It is so ordered this      day of December, 2006.**